## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BANK OF AMERICA, N.A.,      )
                                  )
        Plaintiff,       )
                                  )
v.                           )  Case No. 1:18-CV-03570
                                  )
CLINICAL WOUND SOLUTIONS, LLC, )
1084 INDUSTRIAL DRIVE BUILDING, )
LLC, MARSHALL N. DICKLER,    )
BARBARA S. DICKLER, LARRY P.   )
KANAR, AND SUSAN KANAR,     )
                                  )
        Defendants.     )

## STIPULATION OF DISMISSAL

BANK OF AMERICA, N.A. ("Plaintiff") and CLINICAL WOUND SOLUTIONS, LLC,

1084 INDUSTRIAL DRIVE BUILDING, LLC, MARSHALL N. DICKLER, BARBARA S.

DICKLER, LARRY P. KANAR, and SUSAN KANAR (collectively, the "Defendants"), by and

through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

stipulate to the dismissal of the above-captioned matter in its entirety, without prejudice, with

each party to bear its own attorneys' fees and costs.  The dismissal shall become a dismissal with

prejudice effective January 31, 2019, provided there is compliance with the written settlement

agreement between the parties.

Stipulated and agreed to by:

By: /s/ Natalia R. Griesbach\_\_\_\_\_      By: /s/ James A. Slowikowski_____
Natalia R. Griesbach                  James A. Slowikowski
LOWIS & GELLEN LLP              Dickler, Kahn, Slowikowski, & Zavell, Ltd.
175 W. Jackson Blvd., Ste. 950       85 W. Algonquin Rd., Ste. 420
Chicago, Illinois 60604             Arlington Heights, Illinois 60005
Phone: (312) 364-2500              Phone: (847)593-5595
Fax: (312) 364-1003                jim@dicklerlaw.com
ngriesbach@lowis-gellen.com     *Attorneys for Defendants*
*Attorneys for Plaintiff*